Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63492.—Colonia, Inc. v. United States, protest 59/535 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63493.—Spex Industries, Inc. v. United States, protest 59/2087 (New York).

. Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63494.—Louis Weinberg Assoc., Inc. v. United States, protest 58/13686 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1959

No. 63495.—F. H. Cone & Co., Inc., et al. v. United States, protests 275241-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

No. 63496.—Kaiser Reismann Corporation v. United States, protests 58/5658, 58/5930, and 58/9520 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63497.—Kaiser-Reismann Corp. v. United States, protests 58/17254 and 58/22583 (New York).